UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JOHN DOE, ET AL | * | CIVIL ACTION |
| VERSUS | * | NO:08-1172 |
| TANGIPAHOA PARISH SCHOOL BOARD, ET AL | * | SECTION: "F" |

ORDER OF DISMISSAL

The Court having been advised by counsel for the parties that all of the parties to this action have firmly agreed upon a compromise,

IT IS ORDERED that the action be and it is hereby dismissed without costs and without prejudice to the right, upon good cause shown, to reopen the action or to seek summary judgment enforcing the compromise if settlement is not consummated within a reasonable time. The Court retains jurisdiction for all purposes, including enforcing the settlement agreement entered into by the parties.

COUNSEL ARE REMINDED that, if witnesses have been subpoenaed, EVERY WITNESS MUST be notified by counsel not to appear.

New Orleans, Louisiana, May 21, 2010.

_____
MARTIN L.C. FELDMAN
UNITED STATES DISTRICT JUDGE

Katharine Murphy Schwartzmann, Esquire